ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :
                                  :
        - v. -                    :    **UNSEALING ORDER**
                                  :
JERMAINE PARSONS,                 :    05 Cr. 862
DEVON ARCHER,                     :
MICHAEL THOMPSON,                 :
GREGORY COOPER,                   :
ALEXANDER RIVERA,                 :
JOSE GONZALEZ,                    :
EMMANUEL SYLVESTRE,               :
CHANCE BROWN,                     :
EDDIE RICHARDSON,                 :
SAMUEL FOGG,                      :
KENNEDY BROWN,                    :
JASON AROCHO,                     :
SHAWN ROSS, and                   :
SHARIFF SIMPSON,                  :
                                  :
        Defendants.               :
- - - - - - - - - - - - - - - - - x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

   WHEREAS, the above-captioned Indictment was returned on August 18, 2005 and, upon application of the Government, ordered to be filed under seal; and

   WHEREAS the Government has requested that the above-captioned Indictment be unsealed;

   IT IS HEREBY ORDERED, that, the Indictment docketed as 05 Cr. 862 be unsealed and assigned to a district court judge.

Dated: New York, New York
       August 23, 2004

SO ORDERED: AUG 2 3 2005

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK
       RONALD L. ELLIS
       United States Magistrate Judge
       Southern District of New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JERMAINE PARSONS,
DEVON ARCHER,
MICHAEL THOMPSON,
GREGORY COOPER,
ALEXANDER RIVERA,
JOSE GONZALEZ,
EMMANUEL SYLVESTRE,
CHANCE BROWN,
EDDIE RICHARDSON,
SAMUEL FOGG,
KENNEDY BROWN,
JASON AROCHO,
SHAWN ROSS, and
SHARIFF SIMPSON,

Defendants.

ORDER

05 Cr. 862

DAVID N. KELLEY
United States Attorney.