U.S. Department of Justice

*United States Attorney*
*Southern District of New York*


MEMO ENDORSED

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/13/06

October 12, 2006

**BY FACSIMILE**
The Honorable Naomi Reice Buchwald
United States District Judge
United States Courthouse
500 Pearl Street, Room 2270
New York, New York 10007
(212) 805-7927

RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
OCT 1 2 2006
UNITED STATES DIST.

Endorsement
Application granted
only until October 18, 2006.
So Ordered
*Naomi Reice Buchwald*
10/13/06

Re:   **United States v. Jermaine Parsons, et al.**
      05 Cr. 862 (NRB)

Dear Judge Buchwald:

The Government submits this letter to request a modification to the pretrial schedule that was set at the conference held on May 25, 2006. Pursuant to that schedule, the parties are required to submit proposed voir dire and jury charges by tomorrow, October 13, 2006. The Government respectfully requests an enlargement of time, until October 19, 2006, for the parties to submit their proposed voir dire and requests to charge. Defendant Chance Brown joins in this request for additional time.

This case is currently set for trial beginning on October 23, 2006, for all defendants except for Sharif Simpson. As the Court is aware, several defendants are scheduled to plead guilty within the next few days. The Government is presently finalizing discussions concerning a possible disposition of the case with counsel for the three remaining defendants – Jose Gonzales, Chance Brown, and Devon Archer. The Government expects that it will be able to complete its negotiations with at least two of these three defendants by the final pretrial conference, which is scheduled for Tuesday, October 17, 2006. In light of the ongoing and productive plea

negotiations between the parties, the Government respectfully requests additional time for the parties to file proposed voir dire and requests to charge.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: *[signature]*

Jonathan B. New
Assistant United States Attorney
(212) 637-1049

cc: Glen Garber, Esq.
Attorney for Jermaine Parsons

Richard E. Signorelli, Esq.
Attorney for Chance Brown

Ross Galin, Esq.
Attorney for Jose Gonzales

Bruce McIntyre, Esq.
Attorney for Jason Arocho

Henry Mazurek, Esq.
Attorney for Devon Archer