UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :

       - v. -                     :     S8 05 Cr. 862 (NRB)

DEVON ARCHER,                      :

       Defendant.                  :

- - - - - - - - - - - - - - - x

       The above-named defendant, who is accused of violating Title 21, United States Code, Section 846, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                    _____
                                    Defendant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 1 7 2006

                                    _____
                                    Witness

                                    _____
                                    Counsel for Defendant

Date:    New York, New York
          October 17, 2006

0202