```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :
                                  :
          - v. -                  :     INFORMATION
                                  :
DEVON ARCHER,                     :     S8 05 Cr. 862 (NRB)
                                  :
               Defendant.         :
                                  :
- - - - - - - - - - - - - - - - - x
```

COUNT ONE

The United States Attorney charges:

1. From at least in or about 2003 up to and including in or about July 2005, in the Southern District of New York and elsewhere, DEVON ARCHER, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly combined, conspired, confederated, and agreed together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that DEVON ARCHER, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, 100 grams and more of mixtures and substances containing a detectable amount of heroin, in violation of Sections 812, 841(a)(1), and 841(b)(1)(B) of Title 21, United States Code.



USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____ OCT 1 7 2006
DATE FILED: _____

<u>Overt Act</u>

3. In furtherance of the conspiracy and to effect the illegal object thereof, DEVON ARCHER, the defendant, committed the following overt act, among others, in the Southern District of New York:

a. On or about March 31, 2005, DEVON ARCHER, the defendant, possessed glassine envelopes containing heroin stamped with the brand name "Tier 111" in the vicinity of 2333 Creston Avenue in the Bronx.

(Title 21, United States Code, Section 846.)

*[signature]*
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

DEVON ARCHER,

Defendant.

---

### INFORMATION

S8 05 Cr. 862 (NRB)

(21 U.S.C. § 846)

MICHAEL J. GARCIA
United States Attorney.

---

DK
10/17/06

Parties: court reporter, Def., Def. counsel Evan Lipton, AUSA Jonathan New.

Def. pleads guilty to superceding information. PSI requested. Sentencing set for 1/31/07 @ 4:30pm.

Def. remanded.

J. Buchwald