**FILING ENDORSED**

# GERALD L. SHARGEL

GERALD L. SHARGEL
ROSS M. KRAMER
EVAN L. LIPTON

LAW OFFICES

570 LEXINGTON AVE., 45TH FLOOR
NEW YORK, NEW YORK 10022

TEL: 212.446.2323
FAX: 212.446.2330
info@shargellaw.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/25/07

January 11, 2007

<u>Via Facsimile</u>

Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

JAN 11 2007

Re:   <u>United States v. Devon Archer</u>, 05-cr-00862 (NRB)

Dear Judge Buchwald,

I write to respectfully request an adjournment of sentencing in the above-referenced case. Sentencing is currently scheduled for January 31, 2007, at 4:30 p.m. I respectfully request that sentencing be rescheduled for a date after March 26, 2007.

I make this request in order to enable me to gather additional information that is relevant to the Court's sentencing decision. Specifically, this week I was able to locate several members of Mr. Archer's immediate family, including his mother, brother and sister, all of whom I believe have information relevant to sentencing considerations. Unfortunately, they are about to leave the country for a three-week vacation. I will therefore be unable to thoroughly interview them until the end of January. Beginning February 26, I will be engaged in a trial in state court that I expect to last three weeks.

Mr. Archer is currently incarcerated in the MDC. He faces a mandatory minimum sentence of 60 months. He consents to the adjournment.

*[Handwritten endorsement:]* The sentencing is adjourned until March 27, 2007 at 4 pm. So Ordered. [signature] [signature], USDJ 1/22/07

GERALD L. SHARGEL

Hon. Naomi Reice Buchwald
January 11, 2007
Page 2 of 2

    I have spoken with Assistant United States Attorney Jonathan New, and, on behalf of the government, he does not object to this request.

Respectfully yours,

Evan L. Lipton

CC:   Jonathan New
        Assistant United States Attorney (via email)

        George Ellis
        United States Probation Officer (via email)