MEMO ENDORSED

# GERALD L. SHARGEL

GERALD L. SHARGEL
ROSS M. KRAMER
EVAN L. LIPTON

LAW OFFICES

570 LEXINGTON AVE., 45TH FLOOR
NEW YORK, NEW YORK 10022
TEL: 212.446.2323
FAX: 212.446.2330
info@shargellaw.com


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/23/07

March 19, 2007

**VIA FEDERAL EXPRESS**

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007



Re:   *United States v. Devon Archer*
      <u>05 CR 00862 (NRB)</u>

Dear Judge Buchwald:

I write on behalf of Devon Archer to respectfully request that your Honor order the Probation Department to submit a draft Pre-Sentence Report ("PSR") by Monday, March 26, 2007, and that the sentencing currently scheduled for March 27 be adjourned to a date no longer than thirty days after the submission of the report.

I make this request because, although I am prepared to move forward with sentencing, as of today at 5:00 pm, I have not received a draft PSR. I have attempted to contact the assigned probation officer, George Ellis, on several occasions, but have not received any response. This morning, a paralegal in my office, Terri Rosenblatt, also attempted to contact Officer Ellis. Ms. Rosenblatt spoke with his supervisor, Geraldine Fields, who was unable to tell her status of the PSR.

Respectfully yours,

*Evan Lipton* /RMK
Evan L. Lipton

So Ordered.*
Naomi Reice Buchwald
USDJ
3/22/07

*Defendant's counsel is requested to call the Court when the report is received.

cc:   A.U.S.A. Jonathan New (via Federal Express)