



Archer, Devon
S805CR862-02 (NRB)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**PROBATION OFFICE**

*Judicial Response*

THE COURT ORDERS:

The Issuance of a Summons

The Offender is directed to appear as follows:

Date: _December 16, 2009_

Time: _2:30_

Place: _Courtroom 21A_

[ ]  The Issuance of a Warrant
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Other

_____
Signature of Judicial Officer

_12/9/09_
Date